*Law Office of*
**GEORGE H. SOLTERO**
State Bar No. 012362
6281 N. Oracle Road № 37092
Tucson, Arizona 85740
(520) 405-4906
*gsoltero@solterolaw.com*
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States Of America,<br><br>Plaintiff,<br><br>v.<br><br>Edgar Jeronimo-Gonzalez,<br><br>Defendant. | CR 18-0867-TUC-JGZ (LCK)<br><br>**MOTION TO CONTINUE TRIAL AND CHANGE OF PLEA DEADLINE**<br><br>**(No Oral Argument Requested)**<br><br>**First Request** |
|---|---|

Defendant, Edgar Jeronimo-gonzalez, through counsel, respectfully requests a 45-day continuance of his Change of Plea Deadline currently set for June 22, 2018, and Trial currently set for July 10, 2018, before this honorable court.

Counsel requires additional time to prepare for trial.

Assistant United States Attorney, Brian Hopkins has no objection to this request.

This motion is made in good faith and not for the purpose of delay.

**RESPECTFULLY SUBMITTED:** June 25, 2018

*/s/ George H. Soltero*
**GEORGE H. SOLTERO**
Attorney for Jeronimo-Gonzalez

1